| Date | User | Description | Billed Time | Rate | Total Billed Time |
|---|---|---|---|---|---|
| 7/13/2017 | Yechezkel Rodal | Drafted Affidavit of Fees and Costs | 2 | 350 | 700 |
| 6/28/2017 | Debbie Karkason | Drafted Affidavit of Fees and Costs | 4 | 85 | 340 |
| 6/28/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/28/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/28/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/28/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/28/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/19/2017 | Yechezkel Rodal | Attended Settlement conference | 5 | 350 | 1750 |
| 6/18/2017 | Yechezkel Rodal | Reseach on legal issues | 3.5 | 350 | 1225 |
| 6/15/2017 | Yechezkel Rodal | Phone Call with opposing counsel | 0.2 | 350 | 70 |
| 6/13/2017 | Yechezkel Rodal | Drafted Supplemental Interrogatories & Itemized Damages | 0.3 | 350 | 105 |
| 6/13/2017 | Debbie Karkason | E-mail to Opposing Counsel - Served Supplemental Interrogatories & Itemized Damages | 0.3 | 85 | 25.5 |
| 6/12/2017 | Yechezkel Rodal | Internal email correspondence | 0.3 | 350 | 105 |
| 6/12/2017 | Debbie Karkason | E-mail to Client regarding Settlement Conference | 0.1 | 85 | 8.5 |
| 6/8/2017 | Debbie Karkason | E-mail to Client regarding Settlement Conference | 0.3 | 85 | 25.5 |
| 6/7/2017 | Yechezkel Rodal | Phone call with Opposing Counsel to discuss depositions | 0.2 | 350 | 70 |
| 6/7/2017 | Yechezkel Rodal | Internal email correspondence | 0.2 | 350 | 70 |
| 6/6/2017 | Yechezkel Rodal | Internal email correspondence | 0.2 | 350 | 70 |
| 6/6/2017 | Debbie Karkason | E-mail to Opposing Counsel to confirm teleconference | 0.2 | 85 | 17 |
| 6/5/2017 | Debbie Karkason | E-mail to Opposing Counsel to schedule teleconference | 0.2 | 85 | 17 |
| 6/2/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 6/2/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 6/2/2017 | Debbie Karkason | E-mailed Client Court Order with Continued Settlement Conference date | 0.1 | 85 | 8.5 |
| 6/1/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |

| Date | Person | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/26/2017 | Debbie Karkason | Phone call with Client to confirm mailing address | 0.1 | 85 | 8.5 |
| 5/26/2017 | Debbie Karkason | Mailed Check to Client | 0.2 | 85 | 17 |
| 5/26/2017 | Debbie Karkason | Filed Defendant's Affidavit of Compliance | 0.1 | 85 | 8.5 |
| 5/24/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 5/24/2017 | Yechezkel Rodal | Deposition letter to OC | 0.2 | 350 | 70 |
| 5/24/2017 | Debbie Karkason | E-mail to Opposing Counsel regarding Motion for Extension of Time | 0.2 | 85 | 17 |
| 5/24/2017 | Debbie Karkason | Revised and E-Filed Unopposed Motion for Extension of Time to Hold Settlement Conference | 0.3 | 85 | 25.5 |
| 5/23/2017 | Yechezkel Rodal | Review Motion for Extension of Time to Hold Scheduling Conference | 0.2 | 350 | 70 |
| 5/23/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 5/23/2017 | Debbie Karkason | Phone call with Client to remind of Settlement Conference | 0.2 | 85 | 17 |
| 5/23/2017 | Debbie Karkason | Phone call with Opposing Counsel to chose continued Settlement Conference date | 0.1 | 85 | 8.5 |
| 5/23/2017 | Debbie Karkason | Phone call with Opposing Counsel to chose continued Settlement Conference date | 0.2 | 85 | 17 |
| 5/23/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 5/23/2017 | Debbie Karkason | Drafted Motion of Extension of Time to Hold Settlement Conference by 6-23-17 | 0.4 | 85 | 34 |
| 5/23/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 5/23/2017 | Debbie Karkason | Drafted Deposition Letters for Heather Lee & Estephanny Guerrero | 0.4 | 85 | 34 |
| 5/23/2017 | Debbie Karkason | Drafted Request for Production to Dr. Garg, individually | 0.6 | 85 | 51 |
| 5/23/2017 | Debbie Karkason | Phone Call with Judge's Chambers to reschedule Settlement Conference | 0.2 | 85 | 17 |
| 5/22/2017 | Debbie Karkason | Printed and prepared documents for Conference | 0.6 | 85 | 51 |
| 5/22/2017 | Yechezkel Rodal | Drafted Amended Responses to Defendant's First Request for Production | 0.5 | 350 | 175 |
| 5/22/2017 | Debbie Karkason | Drafted Amended Responses to Defendant's First Request for Production | 0.5 | 85 | 42.5 |
| 5/21/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/2017 | Debbie Karkason | Organized documents for Defendant's First Request for Production | 0.3 | 85 | 25.5 |
| 5/19/2017 | Debbie Karkason | Drafted Itemized Damages for Opposing Counsel | 0.6 | 85 | 51 |
| 5/19/2017 | Yechezkel Rodal | Drafted Itemized Damages for Opposing Counsel | 0.9 | 350 | 315 |
| 5/19/2017 | Yechezkel Rodal | E-mail to Opposing Counsel with Itemized Damages | 0.2 | 350 | 70 |
| 5/19/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.3 | 350 | 105 |
| 5/19/2017 | Debbie Karkason | Printed and prepared documents for Conference | 0.5 | 85 | 42.5 |
| 5/18/2017 | Debbie Karkason | Drafted Deposition Letters | 0.3 | 85 | 25.5 |
| 5/18/2017 | Debbie Karkason | Prepared documents to request tax returns from IRS | 0.5 | 85 | 42.5 |
| 5/18/2017 | Yechezkel Rodal | Discovery Conference with Opposing Counsel | 0.5 | 350 | 175 |
| 5/18/2017 | Yechezkel Rodal | Phone call with client | 0.2 | 350 | 70 |
| 5/17/2017 | Yechezkel Rodal | Draft Confidential Statement | 1.2 | 350 | 420 |
| 5/17/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 5/16/2017 | Yechezkel Rodal | Discovery letter to Opposing Counsel | 0.2 | 350 | 70 |
| 5/16/2017 | Yechezkel Rodal | R&R discovery docs | 0.5 | 350 | 175 |
| 5/16/2017 | Yechezkel Rodal | Research by firm intern Mendel Kass | 4 | 85 | 340 |
| 5/16/2017 | Yechezkel Rodal | Reseach on legal issues | 2 | 350 | 700 |
| 5/16/2017 | Debbie Karkason | Drafted Confidential Settlement Conference Statement for Judge Goodman | 1.5 | 85 | 127.5 |
| 5/15/2017 | Yechezkel Rodal | Internal email correspondence | 0.2 | 350 | 70 |
| 5/15/2017 | Debbie Karkason | Phone call with Client regarding docyuments for Defendant's Request for Production | 0.2 | 85 | 17 |
| 5/15/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.3 | 350 | 105 |
| 5/15/2017 | Debbie Karkason | Organized and copies client's responsive documents | 1 | 85 | 85 |
| 5/12/2017 | Debbie Karkason | Organized and copies client's responsive documents | 1 | 85 | 85 |
| 5/12/2017 | Yechezkel Rodal | R&R updated discovery | 0.3 | 350 | 105 |
| 5/12/2017 | Debbie Karkason | E-mail to Client regarding documents for production | 0.2 | 85 | 17 |
| 5/12/2017 | Debbie Karkason | E-mail to Opposing Counsel with Letter and Responses to Interrogatories and Production | 0.2 | 85 | 17 |
| 5/11/2017 | Yechezkel Rodal | Meeting with Client to finalize discovery responses | 3 | 350 | 1050 |
| 5/10/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 5/9/2017 | Debbie Karkason | Phone call with Opposing Counsel to set mediation date | 0.1 | 85 | 8.5 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2017 | Debbie Karkason | Drafted Notice of Mediation and proposed Scheduling Order | 0.2 | 85 | 17 |
| 5/9/2017 | Debbie Karkason | E-mail Client to remind of meeting with Attorney | 0.1 | 85 | 8.5 |
| 5/9/2017 | Debbie Karkason | E-Filed Notice of Mediation and Proposed Scheduling Order | 0.2 | 85 | 17 |
| 5/9/2017 | Yechezkel Rodal | Phone call with opposing counsel | 0.2 | 350 | 70 |
| 5/9/2017 | Debbie Karkason | Calendared deadlines | 0.3 | 85 | 25.5 |
| 4/21/2017 | Yechezkel Rodal | Internal email correspondence | 0.3 | 350 | 105 |
| 5/9/2017 | Debbie Karkason | Drafted & e-mailed letter to Opposing Counsel regarding Motion to Compel Discovery | 0.5 | 85 | 42.5 |
| 5/4/2017 | Yechezkel Rodal | Internal email correspondence | 0.3 | 350 | 105 |
| 5/4/2017 | Debbie Karkason | E-mail to Opposing Counsel to agree on mediator | 0.5 | 85 | 42.5 |
| 4/27/2017 | Yechezkel Rodal | Draft responses to discovery | 0.5 | 350 | 175 |
| 4/27/2017 | Debbie Karkason | Prepared Response to Defendant's Interrogatories | 1.2 | 85 | 102 |
| 4/26/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 4/26/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/26/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/21/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 4/21/2017 | Yechezkel Rodal | Internal email correspondence | 0.3 | 350 | 105 |
| 4/26/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry & calendared deadlines | 1.5 | 85 | 127.5 |
| 4/26/2017 | Debbie Karkason | Drafted Notice of Mediation | 0.4 | 85 | 34 |
| 4/19/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/17/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 4/13/2017 | Yechezkel Rodal | E-mail to Client with Defendants' Request for Interrogatories | 0.1 | 85 | 8.5 |
| 4/10/2017 | Yechezkel Rodal | E-mail cooresspondence with Opposing Counsel | 0.3 | 350 | 105 |
| 4/10/2017 | Debbie Karkason | E-mail to Opposing Counsel to schedule teleconference | 0.2 | 85 | 17 |
| 4/10/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/10/2017 | Debbie Karkason | Drafted and E-File Joint Notice and Non-Consent to Magistrate Jurisdiction | 0.3 | 85 | 25.5 |
| 4/10/2017 | Yechezkel Rodal | R&R Order to Show Cause | 0.1 | 350 | 35 |
| 4/10/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/7/2017 | Yechezkel Rodal | Discovery letter to Opposing Counsel | 0.2 | 350 | 70 |
| 4/6/2017 | Debbie Karkason | Call to Client to reschedule meeting with attorney | 0.1 | 85 | 8.5 |
| 4/6/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/6/2017 | Yechezkel Rodal | Review Joint Scheduling Report | 0.2 | 350 | 70 |
| 4/6/2017 | Debbie Karkason | Drafted Joint Scheduling Report | 1 | 85 | 85 |
| 4/6/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 4/6/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 4/6/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/6/2017 | Debbie Karkason | E-Filed Joint Scheduling Report | 0.2 | 85 | 17 |
| 4/6/2017 | Yechezkel Rodal | Review Joint Scheduling Report | 0.2 | 350 | 70 |
| 4/6/2017 | Debbie Karkason | E-mailed Proposed Order for Joint Scheduling Report to Judge and Opposing Counsel | 0.1 | 85 | 8.5 |
| 4/5/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 4/5/2017 | Debbie Karkason | Prepared Responses to Defendant's Interrogatories & Production requests, and e-mailed to client | 0.2 | 85 | 17 |
| 4/5/2017 | Debbie Karkason | Phone call with Opposing Counsel regarding Motion for Extension to hold Settlement Conference | 0.1 | 85 | 8.5 |
| 4/5/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 4/5/2017 | Debbie Karkason | Phone call with client about discovery responses | 0.1 | 85 | 8.5 |
| 4/4/2017 | Debbie Karkason | Opposing Counsel e-mailed Defendant's discovery responses | 0.1 | 85 | 8.5 |
| 4/3/2017 | Yechezkel Rodal | R&R Response to Discovery | 0.2 | 350 | 70 |
| 4/3/2017 | Yechezkel Rodal | R&R Amended Response to Statement of Cliam | 0.8 | 350 | 280 |
| 3/31/2017 | Debbie Karkason | Phone call to Judge Goodman's Chambers for available dates for Settlement Conference & e-mailed to Opposing Counsel | 0.2 | 85 | 17 |
| 3/31/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 3/31/2017 | Yechezkel Rodal | R&R Notice | 0.1 | 350 | 35 |
| 3/31/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 3/31/2017 | Debbie Karkason | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 3/30/2017 | Yechezkel Rodal | Reseach on legal issues | 2.2 | 350 | 770 |
| 3/30/2017 | Yechezkel Rodal | Phone call with client | 0.2 | 350 | 70 |
| 3/30/2017 | Yechezkel Rodal | Review Motion for Extension of Time to Hold Scheduling Conference | 0.2 | 350 | 70 |

| Date | Person | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/30/2017 | Debbie Karkason | Drafted Motion for Extension of Time to Hold Scheduling Conference | 0.5 | 85 | 42.5 |
| 3/30/2017 | Debbie Karkason | E-Filed Joint Motion for Extension of Time & Filed Incoming E-Service Docket Entry | 0.2 | 85 | 17 |
| 3/29/2017 | Debbie Karkason | E-mail from Opposing Counsel declining Magistrate Jurisdiction | 0.1 | 85 | 8.5 |
| 3/29/2017 | Yechezkel Rodal | E-mail from Opposing Counsel declining Magistrate Jurisdiction | 0.1 | 350 | 35 |
| 3/28/2017 | Yechezkel Rodal | E-mail to Opposing Counsel regarding Magistrate Jurisdiction | 0.1 | 350 | 35 |
| 3/24/2017 | Debbie Karkason | Phone call with client | 0.1 | 85 | 8.5 |
| 3/24/2017 | Debbie Karkason | E-mailed Attorney | 0.1 | 85 | 8.5 |
| 3/22/2017 | Yechezkel Rodal | E-mail to Opposing Counsel regarding Magistrate Jurisdiction | 0.1 | 350 | 35 |
| 3/22/2017 | Debbie Karkason | E-Filed Plaintiff's Notice of Unrelated Cases | 0.2 | 85 | 17 |
| 3/22/2017 | Debbie Karkason | E-filed Certificate of Interested Parties | 0.2 | 85 | 17 |
| 3/21/2017 | Debbie Karkason | Drafted discovery | 0.1 | 85 | 85 |
| 3/20/2017 | Debbie Karkason | Phone call with Opposing Counsel regarding Magistrate Jurisdiction | 0.1 | 85 | 8.5 |
| 3/20/2017 | Debbie Karkason | E-mail to Opposing Counsel regarding Magistrate Jurisdiction | 0.1 | 85 | 8.5 |
| 3/20/2017 | Debbie Karkason | Drafted Motion for Extension of Time to Conduct Settlement Conference | 0.2 | 85 | 17 |
| 3/16/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 3/16/2017 | Yechezkel Rodal | E-mail from Opposing Counsel regarding Magistrate Jurisdiction | 0.1 | 350 | 35 |
| 3/16/2017 | Yechezkel Rodal | E-mail correspondence with Opposing Counsel | 0.1 | 350 | 35 |
| 3/15/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 3/15/2017 | Yechezkel Rodal | Phone call with opposing counsel | 0.1 | 350 | 35 |
| 3/15/2017 | Yechezkel Rodal | Review Certificate of Interested Parties & Notice of Related Cases | 0.1 | 350 | 35 |
| 3/15/2017 | Debbie Karkason | Drafted Certificate of Interested Parties & Notice of Related Cases | 0.2 | 85 | 17 |

| Date | Person | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/15/2017 | Yechezkel Rodal | E-mail to Opposing Counsel regardng settlement conference | 0.1 | 350 | 35 |
| 3/15/2017 | Yechezkel Rodal | Phone call with Client regarding settlement offer | 0.2 | 350 | 70 |
| 3/14/2017 | Yechezkel Rodal | E-mail correspondence with Opposing Counsel | 0.2 | 350 | 70 |
| 3/14/2017 | Yechezkel Rodal | R&R Certificate of Interested Parties | 0.1 | 350 | 35 |
| 3/14/2017 | Yechezkel Rodal | R&R Response to Statement of claim | 0.2 | 350 | 70 |
| 3/14/2017 | Yechezkel Rodal | R&R Order to Show Cause | 0.1 | 350 | 35 |
| 3/14/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 3/10/2017 | Yechezkel Rodal | E-mail correspondence with Opposing Counsel | 0.1 | 350 | 35 |
| 3/8/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 3/8/2017 | Yechezkel Rodal | R&R Order | 0.1 | 350 | 35 |
| 3/6/2017 | Yechezkel Rodal | E-mail from Opposing Counsel regarding mediaion | 0.1 | 350 | 35 |
| 3/6/2017 | Yechezkel Rodal | Phone call with opposing counsel | 0.1 | 350 | 35 |
| 3/3/2017 | Yechezkel Rodal | Drafted Discovery Requests to Opposing Counsel | 1 | 350 | 350 |
| 3/2/2017 | Brittany Barsky | E-mail to Opposing Counsel regarding settlement conference | 0.1 | 85 | 8.5 |
| 3/2/2017 | Brittany Barsky | E-mail to Opposing Counsel regarding settlement conference | 0.1 | 85 | 8.5 |
| 2/28/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 2/28/2017 | Brittany Barsky | Drafted Letter regarding Affirmative Defenses | 0.1 | 85 | 8.5 |
| 2/28/2017 | Yechezkel Rodal | Reseach on legal issues | 1.8 | 350 | 630 |
| 2/28/2017 | Brittany Barsky | E-mail to Opposing Counsel with Letter on Affirmative Defenses | 0.1 | 85 | 8.5 |
| 2/28/2017 | Yechezkel Rodal | Review Letter on Affirmative Defenses | 0.1 | 350 | 35 |
| 2/23/2017 | Yechezkel Rodal | R&R Answer and Affirmative Defenses | 0.3 | 350 | 105 |
| 2/22/2017 | Brittany Barsky | E-mailed Client regarding settlement conference | 0.1 | 85 | 8.5 |
| 2/22/2017 | Brittany Barsky | E-mail from client regarding settlement conference | 0.1 | 85 | 8.5 |
| 2/22/2017 | Yechezkel Rodal | Phone call with client on case | 0.1 | 350 | 35 |
| 2/22/2017 | Brittany Barsky | E-mail to Opposing Counsel reharding Settlement Conference | 0.1 | 85 | 8.5 |
| 2/21/2017 | Brittany Barsky | Calculated and drafted log of client's overtime hours | 3 | 85 | 255 |
| 2/21/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 2/21/2017 | Brittany Barsky | E-Filed Statement of Claim | 0.1 | 85 | 8.5 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/21/2017 | Brittany Barsky | E-mail to Opposing Counsel regarding Statement of Claim | 0.1 | 85 | 8.5 |
| 2/21/2017 | Brittany Barsky | E-filed Notice of Compliance | 0.1 | 85 | 8.5 |
| 2/20/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 2/20/2017 | Yechezkel Rodal | E-mail to opposing counsel | 0.1 | 350 | 35 |
| 2/16/2017 | Yechezkel Rodal | Review client docs | 0.4 | 350 | 140 |
| 2/16/2017 | Brittany Barsky | E-mailed Client regarding calculating overtime hours | 0.1 | 85 | 8.5 |
| 2/15/2017 | Brittany Barsky | E-mailed Opposing Counsel regarding 26(f) Report | 0.1 | 85 | 8.5 |
| 2/15/2017 | Brittany Barsky | Review 26(f) report | 0.1 | 350 | 35 |
| 2/8/2017 | Yechezkel Rodal | Review Statement of Claim | 0.3 | 350 | 105 |
| 2/8/2017 | Brittany Barsky | Drafted Statement of Claim | 0.5 | 85 | 42.5 |
| 2/7/2017 | Brittany Barsky | E-mailed Client regarding availability | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mail from Client regarding availability | 0.1 | 85 | 8.5 |
| 1/19/2017 | Yechezkel Rodal | E-mail from Client | 0.1 | 350 | 35 |
| 2/7/2017 | Yechezkel Rodal | Order granting Motion for Extension to File Statement of Claim | 0.1 | 350 | 35 |
| 2/7/2017 | Brittany Barsky | Left Message to Opposing Counsel regarding Statement of Claim | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | Phone call with Opposing Counsel regarding motion for extension to file Statement of Claim | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mail to Opposing Counsel regarding Statement of Claim | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mail from Opposing Counsel regarding Notice of Appearance | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mail to Opposing Counsel reharding Motion | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mail from Opposing Counsel confirming Motion | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-filed Notice of Appearance | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-filed Joint Motion for Extension of Time to Respond | 0.1 | 85 | 8.5 |
| 2/7/2017 | Brittany Barsky | E-mailed Judge proposed order | 0.1 | 85 | 8.5 |
| 2/6/2017 | Yechezkel Rodal | Phone call with Opposing Counsel regarding extension | 0.1 | 350 | 35 |
| 1/20/2017 | Yara Freitas | E-mail to Attorney | 0.1 | 85 | 8.5 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/19/2017 | Yara Freitas | E-mail to Client | 0.1 | 85 | 8.5 |
| 1/19/2017 | Brittany Barsky | E-mail regarding Defendants' served | 0.1 | 85 | 8.5 |
| 1/19/2017 | Brittany Barsky | E-mail regarding Defendants' served | 0.1 | 85 | 8.5 |
| 1/19/2017 | Yechezkel Rodal | E-mail from Client | 0.1 | 350 | 35 |
| 1/19/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/18/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/17/2017 | Yara Freitas | Client called regarding service | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | E-mailed Process Server regarding service | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | E-mail from Process Server regarding service | 0.1 | 85 | 8.5 |
| 1/17/2017 | Brittany Barsky | Filed Incoming E-Service Docket Entry | 0.1 | 85 | 8.5 |
| 1/16/2017 | Yechezkel Rodal | Drafted Complaint | 4.5 | 350 | 1575 |
| 1/16/2017 | Yechezkel Rodal | Phone call with Client regarding Complaint | 0.2 | 350 | 70 |
| 1/16/2017 | Yechezkel Rodal | Phone call with Client | 0.6 | 350 | 210 |
| 1/16/2017 | Yechezkel Rodal | Phone call with Client | 0.1 | 350 | 35 |
| 1/16/2017 | Yechezkel Rodal | Phone call with client | 0.2 | 350 | 70 |
| 1/13/2017 | Yara Freitas | Client called and left message | 0.1 | 85 | 8.5 |
| 1/10/2017 | Yara Freitas | E-mailed client's message to attorney | 0.1 | 85 | 8.5 |
| 1/10/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 1/9/2017 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 1/5/2017 | Yechezkel Rodal | Phone call with Client | 0.2 | 350 | 70 |
| 1/4/2017 | Yara Freitas | E-mail to Attorney | 0.1 | 85 | 8.5 |
| 1/4/2017 | Yara Freitas | Phone call with client | 0.1 | 85 | 8.5 |
| 1/4/2017 | Yechezkel Rodal | Phone call with Client | 0.2 | 350 | 70 |
| 12/29/2016 | Yechezkel Rodal | Phone call with Client | 0.2 | 350 | 70 |
| 12/29/2016 | Yara Freitas | Phone call with client | 0.1 | 85 | 8.5 |
| 12/29/2016 | Yara Freitas | Phone call with DR Attorney | 0.1 | 85 | 8.5 |
| 12/26/2016 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 12/23/2016 | Yara Freitas | Phone call with DR Attorney | 0.1 | 85 | 8.5 |
| 12/21/2016 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 12/20/2016 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |

| | | | | | |
|---|---|---|---|---|---|
| 12/20/2016 | Yara Freitas | Phone call with DR Attorney | 0.1 | 85 | 8.5 |
| 12/19/2016 | Yechezkel Rodal | Phone call with Client | 0.1 | 350 | 35 |
| 12/18/2016 | Yechezkel Rodal | E-mail correspondence with client | 0.2 | 350 | 70 |
| 12/16/2016 | Yechezkel Rodal | Phone call with Client | 0.1 | 350 | 35 |
| 12/14/2016 | Yechezkel Rodal | Research viable claims | 2 | 350 | 700 |
| 12/14/2016 | Yechezkel Rodal | Initial Client Meeting | 1.5 | 350 | 525 |
| 12/12/2016 | Yechezkel Rodal | Review client's e-mails | 0.8 | 350 | 280 |
| 12/12/2016 | Yechezkel Rodal | E-mail correspondence with client | 0.3 | 350 | 105 |
| 12/7/2016 | Yechezkel Rodal | Initial Client Phone Call | 0.2 | 350 | 70 |
| | | | **90.1** | | **20497** |

| Date | User | Description | Cost |
|---|---|---|---|
| 1/19/2017 | Brittany Barsky | Process Service - Service to Dr. Arun Garg | 45 |
| 1/19/2017 | Brittany Barsky | Process Service - Service to Implant Seminars, Inc. | 45 |
| 1/16/2017 | Brittany Barsky | Court Fees | 400 |
| | | | **$490.00** |