B"H                                                                                                          Rev. 4/4/16



## AUTHORITY TO REPRESENT & CONTINGENCY FEE CONTRACT

I, Matthew Brenowitz, the undersigned client, do hereby retain and employ the law firm of RODAL LAW, P.A., ["Rodal Law"] to represent me in connection with my wrongful termination and failure to pay overtime claims against Implant Seminars.

**Attorney's Fees:**  I understand that Rodal Law is undertaking this representation on the assumption that attorney's fees are recoverable from the defendant(s) and that the amount of attorney's fees that are recoverable may exceed the amount of recovery to which I am entitled, if any.

### AT NO POINT WILL CLIENT HAVE TO PAY RODAL LAW, P.A. IF NO RECOVERY IS MADE.

I understand that my claims may be separate and distinct from the claims of Rodal Law and that entitlement to attorney's fees may not be my claim, but instead that of the undersigned attorneys. In the event I elect to settle my claims (including actual, statutory, and/ or punitive damages,) it is understood and agreed that the undersigned attorneys will be entitled to compensation from said settlement amount at the rate of $3,500 for the initial representation, plus the current attorney rate of $350.00 per hour for additional attorney time devoted to the case, or 40% of the gross settlement amount, whichever is greater. Said provision is not to be construed as a limitation on the total amount of attorney's fees that may be awarded by the Court if a greater amount is warranted to be due and owing to the undersigned after a determination by the Court in accordance with the contingency nature of this Contract and applicable Florida law.  In the event that attorney's fees are awarded by the court or agreed to separately by opposing counsel, Rodal Law is solely entitled to the attorney's fees or at Rodal Law's discretion, may elect to receive 40% of the settlement as outlined above, in which case the court-awarded fee would then belong to the client.

It has been explained to me and I understand that this type of litigation is extremely time-consuming and highly problematic with regard to the chances for success. Further, any fees awarded by the Court as a sanction will be retained by Rodal Law as additional attorney's fees. If there is an appeal or if an action is required for collection, execution or garnishment after a judgment, an additional fee of Five (5%) of the gross recovery will be charged as a fee for handling this action.

I hereby expressly authorizes Rodal Law, P.A. to share any publicly available information with the public by any means including but not limited to publishing same on its website or on social media platforms. This includes but is not limited background of a case, litigation strategies, court orders, judgments and other results. The above paragraph shall be in compliance with the Florida bar rules.

**Costs**: There will be legal costs involved in handling your case, including but not limited to postage, filing fees, long distance, legal research, law clerks, copies, court reporters, and process servers. Costs will be subtracted from any recovery in my case after calculating the attorney's fees. This law firm

finance legal costs unless otherwise agreed to in writing. I agree to pay Rodal Law back for these legal costs out of any recovery they get for me, including paying Rodal Law back for any interest or late charges that were incurred in financing my case. **I will pay Rodal Law nothing for my costs or legal fees incurred if there is no recovery in my case.** However, I agree to pay reasonable copying and retrieval costs for my legal file if I request it after my case is over. I hereby unequivocally and irrevocably assign to Rodal Law all right, title, and interest of any kind in cost amounts recovered or awarded in this case whether negotiated between the parties or ordered by the court.

**Payment**: Any recovery in my case, either by a settlement or a judgment, will be paid with a disbursement statement as follows: first, attorney's fees will be paid to Rodal Law; second, Rodal Law will be reimbursed for all of my costs paid or payable in the case; and, third, any remaining funds will be paid to me.

**Termination**: Rodal Law may withdraw in writing at anytime as my lawyer, so long as I am not prejudiced by it. I may terminate Rodal Law at any time as my lawyer, but Rodal Law may retain an attorney's lien for the work they have done in my case.

**Consent to Settlement**: No settlement will be made except by mutual consent, which will not unreasonably withheld. Disagreements will be settled by binding arbitrations in accordance with Chapter 682, Florida Statutes.

**Client Cooperation**: I further agree to keep my attorney and law firm advised of any change in my residence or telephone number and to fully cooperate in the investigation and preparation of the case; and to comply with all legal requests made by my attorney or authorized representative of the law firm, in connection with my case.

**False or Misleading Information**: In the event that Rodal Law is forced to withdrawal from or dismiss a case due to the discovery of false, misleading, or fraudulent information that has been presented by the Client, Rodal Law is entitled to be reimbursed for all the costs and expenses they have forwarded in the case as well as their reasonable attorney fees for the time they have spent on the case.

**Integration Clause**: This agreement supersedes any and all prior agreements between the undersigned client and Rodal Law whether written or oral.

The attorney signing below for the law offices of RODAL LAW, P.A., has read and explained this contract to me if I so requested, and I have also personally read this contract and understand it.

_____
Matthew Brenowitz
**Matthew Brenowitz**

_____
**Yechezkel Rodal, Esq.**

Rodal Law, P.A.
3201 Griffin Road, Suite 203 • Dania Beach, Florida 33312 • Telephone (954) 367-5308 • Facsimile (954) 272-7587
www.Rodallaw.com